## H. C. BOWLIN v. STATE.
### No. 16289.

Court of Criminal Appeals of Texas.
Jan. 24, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for injuring the fence of another as denounced in article 1352, P. C. 1925; penalty assessed at a fine of $75.

The complaint and information appear regular.

The evidence heard before the trial court is not brought up for review, in the absence of which we find nothing requiring discussion or warranting a reversal.

The judgment is affirmed.

## Will CARTER v. STATE.
### No. 16372.

Court of Criminal Appeals of Texas.
Feb. 7, 1934.

Joe Moore, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Murder is the offense; penalty assessed at confinement in the penitentiary for three years.

The record is before this court without statement of facts and bills of exception. The indictment appears regular, and the charge of the court fully protected the rights of the accused.

No error having been perceived or pointed out, the judgment is affirmed.

## James B. DERRICK v. STATE.
### No. 16636.

Court of Criminal Appeals of Texas.
Jan. 24, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery with firearms; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.